OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



**2/25/2015**
**BROWN, HIRAM**  Tr. Ct. No. 1806918

COA No. 14-12-00834-CR
MAILED FROM ZIP PD-1568-14

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

HIRAM BROWN

**RETURN TO SENDER**

N3B  77002